UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br>Matthew Kupic,<br><br>　　　　　Defendant,<br><br>　　　　　and<br><br>LRE Foundation Repair,<br><br>　　　　　Garnishee. | Civil Action No.: 1:25-cv-586 (AMN/DJS) |

**ORDER**

　　For good cause, the Motion of the United States to dismiss the Writ of Garnishment is GRANTED. All remaining terms of the Stipulation and Order remain in place. *See* Dkt. No. 9.

　　The Writ of Garnishment issued against LRE Foundation Repair (Dkt. No. 3) is dismissed.


DATED: December 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Anne M. Nardacci
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge